UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 2250

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| Solomon SANCHEZ-Alvaro, | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 23, 2008** within the Southern District of California, defendant, **Solomon SANCHEZ-Alvaro**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **24th** DAY OF **JULY, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Solomon SANCHEZ-Alvaro**

## PROBABLE CAUSE STATEMENT

On July 23, 2008, United States Border Patrol Agents D. A. White and R. Melchor were performing assigned duties in and around Jacumba, California. This area is located about 25 miles east of the Tecate, California Port of Entry. At approximately 2:00 a.m., Agents White and Melchor responded to a report of possible illegal alien activity in an area known as Los Perdidos. This area is a mountainous area located about two miles west of Jacumba and is intersected by the United States/Mexico international border.

Agents White and Melchor were walking on a trail where they encountered twelve individuals, including one later identified as **Solomon SANCHEZ-Alvaro**, hiding. Agent White identified himself as a United States Border Patrol Agent and questioned all twelve individuals as to their citizenship. All twelve admitted to being citizens and nationals of Mexico without any immigration documents that would allow them to enter or remain legally in the United States. All twelve individuals were placed under arrest and transported to the Boulevard Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **May 11, 2006** through **Hidalgo, Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and stated that he understood them and was willing to provide a sworn statement without the presence of an attorney. Agent Arias questioned the defendant again as to his citizenship, and he again freely admitted to being a citizen and national of Mexico illegally in the United States and with no immigration documents that would allow him to enter or remain legally in the United States. The defendant stated that he was going to San Francisco, California to work.